# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN, ) | 1:10-cv-00716 AWI GSA |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING PLAINTIFF'S |
| ) | STATUS REPORT OF JULY 19, 2010 |
| v. ) | |
| ) | |
| CHECK RESOLUTION SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 19, 2010, Plaintiff Susan Katzakian filed a Status Report in anticipation of the initial scheduling conference set for July 27, 2010. (Doc. 7.) In her report, Plaintiff indicates that Defendant Check Resolution Service, Inc.'s managing agent Kim Slatery was served with the summons and complaint on May 11, 2010, in New York. To date, Defendant has not filed an answer in this matter or otherwise appeared in the action. (Doc. 7 at 4; *see also* Doc. 6.) Plaintiff notes she "plans to prepare an application to default . . . [and] may also file an amended complaint to add Defendant's owner." Further, Plaintiff "anticipates filing a Request for Entry of Default [and] Motion for Entry of Default Judgment . . .." (Doc. 7 at 4.)

1

The Court notes that more than two months have passed following service of the summons and complaint on Defendant's managing agent, Ms. Slatery.  Moreover, Plaintiff filed the instant complaint on April 22, 2010.  Thus, within thirty (30) days of the date of this Order, Plaintiff shall either commence default proceedings against Defendant Check Resolutions, Inc., or shall file an amended complaint.  Plaintiff is advised that failure to do so will result in the issuance of an order to show cause why this case should not be dismissed for a failure to prosecute.

Finally, in light of the foregoing, the initial scheduling conference is CONTINUED to October 13, 2010, at 9:30 a.m. in Courtroom 10.

**IT IS SO ORDERED.**

**Dated:   July 21, 2010**                              **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE