UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN,<br><br>Plaintiff,<br><br>vs.<br><br>**CHECK RESOLUTION SERVICE, INC.; and JIMMY CHEBAT, an individual,**<br><br>Defendant. | Case No. **1:10-cv-00716-AWI-GSA**<br><br>**ORDER DISMISSING CASE** |

    On January 3, 2011, Plaintiff filed a notice of voluntary dismissal Rule 41(a)(1) of the Federal Rules of Civil Procedure allows for an action to be dismissed by Plaintiff by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.  Since no answer or motion for summary judgment has been filed, Plaintiff's notice is sufficient.

    Accordingly, the Clerk of the Court is DIRECTED to close this action pursuant to Plaintiff's notice.

    IT IS SO ORDERED.

Dated:   January 7, 2011                                                         /s/
                                                                 CHIEF UNITED STATES DISTRICT JUDGE